CORNELIUS H. DELAMATER, Appellant, *v.* SAMUEL S. HEPWORTH et al., Respondents.

THIS case was argued and decided with and on authority of *Stewart et al.* v. *Robinson et al., Executors, etc.* (*ante*, p. 328).

---

JOHN A. POST et al., Respondents, *v.* ADOLPH BERNHEIMER, Appellant.

THIS case was argued and decided with *Post* v. *Weil* (*ante*, p. 361).

---

AUGUSTUS ROSS, as Executor, etc., et al., Respondents, *v.* DE WITT A. GLEASON et al., Appellants.

(Argued June 10, 1889; decided October 8, 1889.)

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made April 11, 1887, which reversed a decree of the surrogate of the county of Chenango refusing to admit to probate a codicil to the will of Alexander Foster, deceased, and remitting the proceedings to said Surrogate's Court with instructions to admit said codicil to probate.·

The codicil was rejected by the surrogate on the ground of undue influence. The General Term, with whom this court agree, decided that the evidence did not sustain this objection to probate.

*E. Countryman* for appellants.

*Albert F. Gladding* for respondents.

DANFORTH, J., reads for affirmance.
All concur.
Order affirmed.